IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company, : : : : : : : : : : | CIVIL ACTION NO. 3:06-cv-02225-ARC |
| Plaintiffs, : | |
| vs. : | FILED SCRANTON APR 0 3 2007 Per_____ DEPUTY CLERK |
| Susan Cadden, : | |
| Defendant. : | |

## ORDER

This __3rd__ day of __April__, upon consideration of Plaintiffs' Motion to Set Aside Entry of Default, it is hereby ORDERED that Plaintiffs' Motion is GRANTED. The Clerk's March 4, 2007 entry of default against the Defendant is hereby vacated.

BY THE COURT:

_____, J.